HAYNES BOONE

Direct Phone Number +1 212.835.4868
lauren.coppola@haynesboone.com

July 31, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/19/2026

The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

Re: *In re Avenue Capital Group, LLC, et al.*, No. 25-mc-00466 (MMG)
Notice of Irish High Court's Order and Court of Appeal's Stay and Request for this Court to Withhold Adjudication

Dear Judge Garnett:

Applicant Goldstein Property ICAV ("Goldstein") respectfully submits this letter to notify this Court of a material development in Goldstein Property ICAV v. RELM Loan Opportunities 2 DAC, et al. Earlier today, Mr. Justice Michael Twomey of the High Court of Ireland, Commercial Court (the "Irish Court"), issued a Perfected Order, which, among other things, required Goldstein to "forthwith take all steps necessary and appropriate to withdraw" this proceeding. Ex. A at 2.

Goldstein has appealed the Perfected Order. Goldstein also concurrently applied to the Irish Court of Appeal for a stay of the Irish Court's directive relating to withdrawal of this proceeding. The President of the Court of Appeal granted the stay today on an *ex parte* basis and set the matter for a hearing on October 5, 2026. The President of the Court of Appeal also required Goldstein to (1) bring the Perfected Order, the July 24, 2026 written judgment, and notice of the stay and scheduled October 5, 2026 hearing to this Court's attention, and (2) request that this Court withhold adjudication on Respondents' Motion to Quash (Dkt. No. 29) until the Court of Appeal holds the aforementioned hearing and issues a final determination on Goldstein's appeal.

As such, Goldstein is attaching a copy of the Perfected Order as Exhibit A (which Respondents also filed at Dkt. No. 53-1); a copy of Mr. Justice Twomey's written judgment, issued on July 24, 2026, as Exhibit B; and a copy of Goldstein's Notice of Appeal (showing that Goldstein is appealing the Perfected Order's directive that Goldstein withdraw this proceeding) as Exhibit C. In addition, Goldstein respectfully requests that this Court withhold adjudication on Respondents' Motion to Quash (Dkt. No. 29) until the Irish Court of Appeal issues a final determination.

Respectfully submitted,

Lauren J. Coppola
Haynes Boone LLP
*Counsel for Applicant Goldstein Property ICAV*

cc: All Counsel of Record (via ECF)

The present matter is STAYED pending proceedings in the Irish Court system. The applicant is ORDERED to submit a letter by October 8, 2026 updating the Court on the Irish proceedings and, if appropriate, proposing next steps for this case.

SO ORDERED. Dated August 19, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE